AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **COLUMBIA**

FILED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bob Allen Custard,
  Plaintiff,

v.

Harrell Watts, Et Al.,
  Defendants.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Case: 1:07-cv-00538
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: CUSTARD V. HARLEY G. LAPPIN, ET AL.,

I, Bob Allen Custard, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  5880 Hwy 67, South, ADX, Florence, Colorado 81226 JSCO

   Are you employed at the institution?  No.   Do you receive any payment from the institution?  No.

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Approx. 2003; Approx. $24. A Month; BOP; Marion, Illinois. 62959

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   RECEIVED

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.  N/A.

   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.
   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
   N/A.

declare under penalty of perjury that the above information is true and correct.
PURSUANT TO 28 USC § 1746 (AFFIDAVIT/DECLARATION)

9/30/2006 / 12/26/06

Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account. PLEASE NOTE: ACCOUNT STATEMENT FOR PREVIOUS SIX MONTHS ATTACHED AND SHOWING A CONSISTENT PREVIOUS SIX MONTH AVAILABLE ACCOUNT BALANCE OF NEGATIVE $ -45.14¢.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge     Date | United States Judge     Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _____Cusnard_____ v. _____Watts, Et Al.,_____

Civil Action No. _____

I, __Bob Allen Cusnard__ # __0272803__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

This 30th Day of December, 2006.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

*Custard v. Lappin et al, Civil Action*

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 02728031 | Current Institution: | Florence ADX |
| Inmate Name: | CUSTARD, BOB | Housing Unit: | E |
| Report Date: | 12/05/2006 | Living Quarters: | E04-212L |
| Report Time: | 8:38:46 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

28 USC 1915 "Certified" Account Statement Showing No Money On Account. Shows A Negative Balance Of $-45.14

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4212 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 2/21/2002 |
| Local Account Activation Date: | 10/24/2003 4:21:19 AM |
| Sort Codes: | |
| Last Account Update: | 11/28/2006 9:00:50 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

A Negative Available Balance Of Negative $-45.14 — (Note: In Accounting, A Number In Parenthesis Denotes Negative Number)

| | |
|---|---|
| Account Balance: | $40.86 Ruined |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $86.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | ($45.14) |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $40.86 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $40.86 |

[signature] Manager

Verification only

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 8/3/2006 10:45:31 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $265.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $265.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

### Comments

Comments:

*Handwritten annotations:* "No $ On Account Whatsoever! $ Negative 45.14"

*Handwritten:* Manager, (18 USC 4004), Verification